FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL -1 PM 4:30

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CARL MITCHELL,

    Plaintiff,

v.　　　　　　　　　　　　　　　CASE NO. CV411-272

BOX CARRIER (NO. 7) CORP.,

    Defendant.

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 62.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the plaintiff by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **1ST** day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA